In the Matter of the Accounting of FIRST TRUST AND
DEPOSIT COMPANY, as Executor of and Trustee under
the Will of THOMAS P. MURRAY, Appellant; ST.
JOSEPH'S HOSPITAL et al., Respondents.

(Argued December 2, 1935; decided January 7, 1936.)

*Laurence Sovik* and *Henry R. Follett* for St. Joseph's Hospital, respondent.

*P. J. Tierney* for St. Agnes Cemetery, respondent.

Order of the Appellate Division reversed, with costs, and decree of the Surrogate's Court affirmed. (See *Matter of Schliemann*, 259 N. Y. 497.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.